Jerry N. VORLICK, Claimant–Appellant,

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7216.

United States Court of Appeals, Federal Circuit.

June 8, 2004.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Thomas D. Dinackus, Principal Attorney, Robert E. Kirschman, Jr., of Counsel, David M. Cohen, of Counsel, Department of Justice, Michael J. Timinski, of Counsel, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

**This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:**

*AFFIRMED. See* Fed. Cir. R. 36.